IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01568-AP

JULIE A PERONE,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        For Plaintiff:
        KATHLEEN W. ROBINSON
        2001 York Street
        Denver, CO 80205
        (303) 329-6400
        raalaw1021@qwestoffice.net

        For Defendant:
        JOHN F. WALSH
        United States Attorney

        WILLIAM G. PHARO
        Assistant United States Attorney
        william.pharo@usdoj.gov

        THOMAS S. INMAN
        Special Assistant United States Attorney
        1001 17th Street
        Denver, Colorado 80202
        (303) 844-0014
        tom.inman@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction under section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** 06/15/2011

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 07/11/2011

    C.    **Date Answer and Administrative Record Were Filed:** 10/11/2011

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

### 7. OTHER MATTERS

None.

### 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** 12/12/2011

    B.    **Defendant's Response Brief Due:** 01/11/2012

    C.    **Plaintiff's Reply Brief (If Any) Due:** 01/26/2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**    Oral argument is not requested.

    B.    **Defendant's Statement:**  Oral argument is not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 31st day of October, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

s/*Kathleen W. Robinson*
KATHLEEN W. ROBINSON
2001York Street
Denver, CO 80205
(303) 329-6400
raalaw1021@qwestoffice.net

WILLIAM G. PHARO
Assistant United States Attorney

s/ *Thomas S. Inman*
THOMAS S. INMAN
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
Telephone:  (303) 844-0014
tom.inman@ssa.gov

Attorney for Plaintiff

-4-