IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01568-LTB

JULIE A. PERONE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on October 23, 2012, incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Michael J. Astrue and against Plaintiff, Julie A. Perone.  It is

    FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

    DATED at Denver, Colorado this   24th   day of October, 2012.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/ Edward P. Butler
    Edward P. Butler,
    Deputy Clerk